**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00846-CV

**IN RE JAMES D. RYAN, SOLELY AS TRUSTEE FOR THE MAXIMILEN ENOCH BARTON TRUST AND THE VICTORIA LYNN BARTON TRUST, Relator**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-01813**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus and **LIFT** the stay imposed by our June 21, 2013 order. We **ORDER** that relator pay the costs of this original proceeding.


/s/    DAVID L. BRIDGES
       JUSTICE